**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-19-363-1 |
| | § | |
| ALDO ROGOBERTO GUERRA-GUEVARA, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF TRANSFER**

1.      This case has been TRANSFERRED to Judge DAVID HITTNER for the following reason:

[ X ]  Agreement between the judges.
[   ]  Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
[   ]  Recusal.
[   ]  Transfer for revocation hearing with related case:
[   ]  Other: Related case

2.      Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

**David Bradley,  Clerk**

*Lisa Eddins*

By:_____
        Lisa Eddins
        Case Manager to Chief Judge Lee Rosenthal

Date: February 12, 2020