UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | Criminal No. 4:19-cr-00363-1 |
| | § | |
| | § | **DAVID HITTNER** |
| | § | JUDGE |
| vs. | § | |
| | § | **Ellen Alexander** |
| ALDO RIGOBERTO GUERRA-GUEVARA | § | COURTROOM CLERK |

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
| --- | --- | --- | --- | --- | --- |
| | **18MC1507-WQH (SDCA) LIC PIN E3B61D2D Blackberry Messenger November 16, 2018** | | | | |
| 1A | Application | Yes/No | Yes/No | | |
| 1B | Affidavit | Yes/No | Yes/No | | |
| 1C | Order | Yes/No | Yes/No | | |
| 1D | Transcripts of BBM chat between LIC and Guerra between 11/20/18 and 12/17/18 | Yes/No | Yes/No | | |
| | **18 MC1507-WQH (SDCA) LIC PIN E3B61D2D Blackberry Messenger December 18, 2018** | | | | |
| 2A | Application | Yes/No | Yes/No | | |
| 2B | Affidavit | Yes/No | Yes/No | | |
| 2C | Order | Yes/No | Yes/No | | |
| 2D | Transcripts of BBM chat between LIC and Guerra between 12/18/18 and 1/16/19 | Yes/No | Yes/No | | |
| 2E | Images via BBM sent 1/7/19 by Guerra to LIC re: dates and quantities for Soto Audit | Yes/No | Yes/No | | |
| | **18 MC1507-WQH (SDCA) LIC PIN E3B61D2D Blackberry Messenger January 22, 2019** | | | | |
| 3A | Application | Yes/No | Yes/No | | |
| 3B | Affidavit | Yes/No | Yes/No | | |
| 3C | Order | Yes/No | Yes/No | | |

| | | | | | |
|---|---|---|---|---|---|
| 3D | Transcripts of BBM chat between LIC and Guerra January 23, 2019 | Yes/No | Yes/No | | |
| 3E | Disc containing all BBM interceptions from 1D, 2D, and 3D | Yes/No | Yes/No | | |
| | **4:18MC 3627 on Guerra phone 346.216.939.9170 December 21, 2018- January 8, 2019** | | | | |
| 4A | Application | Yes/No | Yes/No | | |
| 4B | Affidavit | Yes/No | Yes/No | | |
| 4C | Order | Yes/No | Yes/No | | |
| 4D | Original disc of interceptions | Yes/No | Yes/No | | |
| 4E | Working copy of 4D | Yes/No | Yes/No | | |
| 4F | Composite of pertinent voice conversation with scrolling transcript | Yes/No | Yes/No | | |
| 4G | Transcripts of intercepted calls involving Guerra between 12/22/18 and 1/8/19 from 48 sessions numbered between 2 and 486 | Yes/No | Yes/No | | |
| 4H | Tio Text Message (9&10) to Guerra 12/22/18 | Yes/No | Yes/No | | |
| 4I | 2 Adame Text Messages (47&49) to Guerra 12/22/18 re: Mecanico | Yes/No | Yes/No | | |
| 4J | 1 Adame Text Message (55) to Guerra 12/22/18 re: Soto | Yes/No | Yes/No | | |
| 4K | Images via Text sent 1/8/19 Rodriguez to Guerra of U.S. currency marked "Soto" – Session 402 | Yes/No | Yes/No | | |
| 4L | Adame Text message to Guerra – Session 440 | Yes/No | Yes/No | | |
| 4M | Guerra Text message to Adame – Session 449 | Yes/No | Yes/No | | |
| 4N | Guerra Text message to Adame – Session 450 | Yes/No | Yes/No | | |
| 5 | Subscriber information for 346.264.0057 PIN E347A543 "Juan" activated 11/7/18 | Yes/No | Yes/No | | |
| 5A | Pen register raw data 12/6/18 – 12/19/18 | | | | |
| 6 | Subscriber information for 346.350.8177 PIN E3A22320 "Jose Luis" activated on 11/29/18 | Yes/No | Yes/No | | |
| 6A | Pen register raw data 12/14/18 – 12/21/18 | Yes/No | Yes/No | | |
| 7 | Subscriber information for 346.216.9170 PIN E3F65DE0 "Martin" activated on 12/14/18 | Yes/No | Yes/No | | |
| 7A | Pen register raw data 12/21/18- 1/8/19 | Yes/No | Yes/No | | |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Subscriber information for 832.949.0841 PIN E3685051 "Arturo" activated on 1/15/19 | Yes/No | Yes/No | | |
| 9 | Pen register analysis from all raw data 5A, 6A, 7A for 11/21/18 - 1/12/19 | Yes/No | Yes/No | | |
| 10 | Pen Register frequency of contact between Guerra PINs and LIC PIN 11/20/18 – 1/23/19 | Yes/No | Yes/No | | |
| 11 | Pen Register frequency of contact between Guerra and Adame (832.756.1808) 11/20/18 – 1/8/19 | Yes/No | Yes/No | | |
| 12 | Pen Register frequency of contact between Guerra and Soto (832.897.4572) 11/20/18 – 1/8/19 | Yes/No | Yes/No | | |
| 13 | Pen Register frequency of contact between Guerra and Gonzalez "Companero" (281.816.6581) 11/20/18 – 1/8/19 | Yes/No | Yes/No | | |
| 14 | Pen Register frequency of contact between Guerra and Eliud Rodriguez "Borachon" 832.739.7101 12/21/18- 1/8/19 | Yes/No | Yes/No | | |
| 15 | Pen Register frequency of contact between Guerra and Jose Ramirez "Tio" 281.818.9654  12/21/18 – 1/8/19 | Yes/No | Yes/No | | |
| 16 | Pen Register frequency of contact between Guerra and "Mecanico" 832.577.0292 12/21/18 – 1/8/19 | Yes/No | Yes/No | | |
| 17 | Pen Register frequency of contact between Guerra PINs and Tomasichi "SF" PIN E3DCD3AB 12/21/18 – 1/8/19 | Yes/No | Yes/No | | |
| 18 | Summary chart of contacts between Guerra and LIC; and Guerra with others charged | Yes/No | Yes/No | | |
| 19 | Time Line of event summary between 11/20/18 and 5/22/19 | Yes/No | Yes/No | | |
| 20 | Summary chart of drug and money transactions from BBM 11/20/18 – 1/8/19 | Yes/No | Yes/No | | |
| | **January 8, 2019** **Seizure of 50 kilograms of cocaine** | | | | |
| 21 | Cocaine seized from Adame | Yes/No | Yes/No | | |
| 22A | Photo of seized cocaine | Yes/No | Yes/No | | |
| 22B | Photo of bundles in hidden compartment 1 | Yes/No | Yes/No | | |
| 22C | Photo of bundles in hidden compartment 2 | Yes/No | Yes/No | | |
| 23 | Chemist Report dated 1/18/19 by Michael Salazar, Forensic Analyst | Yes/No | Yes/No | | |
| 24 | Police Report | Yes/No | Yes/No | | |
| | | Yes/No | Yes/No | | |

3

|  | **January 8, 2019**<br>**Seizure of $687,335.00 in U.S. Currency** |  |  |  |  |
|---|---|---|---|---|---|
| 25 | Receipt of Money seized | Yes/No | Yes/No |  |  |
| 26 | Photo of money seized | Yes/No | Yes/No |  |  |
| 27A | Photo of tractor trailer | Yes/No | Yes/No |  |  |
| 27B | Photo of back of tractor trailer | Yes/No | Yes/No |  |  |
| 27C | Photo of inside of tractor trailer | Yes/No | Yes/No |  |  |
| 27D | Photo of boxes inside tractor trailer | Yes/No | Yes/No |  |  |
| 27E | Photo of boxes and bundles inside tractor trailer | Yes/No | Yes/No |  |  |
| 27F | Photo of bundles from tractor trailer | Yes/No | Yes/No |  |  |
| 27G | Police Report | Yes/No | Yes/No |  |  |
| 27H | RAZO border & truck checkpoint crossings | Yes/No | Yes/No |  |  |
| 28A | Disc with PING data re Guerra | Yes/No | Yes/No |  |  |
| 28B | PING data from 12/4/2018 to 1/8/2019 | Yes/No | Yes/No |  |  |
| 29 | Photo of Guerra taken 12/14/18 | Yes/No | Yes/No |  |  |
| 30 | Photo of Guerra Cadillac taken 12/14/18 | Yes/No | Yes/No |  |  |
| 31 | Photo of front of Guerra vehicle (Blue Raptor) | Yes/No | Yes/No |  |  |
| 32 | Photo of side of Guerra vehicle (Blue Raptor) | Yes/No | Yes/No |  |  |
| 33 | Registration information for Blue Raptor | Yes/No | Yes/No |  |  |
| 34A | Photo of Soto vehicle | Yes/No | Yes/No |  |  |
| 34B | Photo of Soto vehicle | Yes/No | Yes/No |  |  |
| 34C | Photo of Soto vehicle | Yes/No | Yes/No |  |  |
| 35 | Map of overall conspiracy | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |
|  |  | Yes/No | Yes/No |  |  |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing United States' Proposed Exhibit List was filed on February 27, 2019 and a copy served electronically by the Court's CM/ECF System on all counsel of record

>*/s/ Edward F. Gallagher*
>Edward F. Gallagher
>Assistant United States Attorney