United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-19-363 (01) |
| | § | |
| Aldo Guerra-Guerra, | § | |

**ORDER**

This case is set for jury trial on April 6, 2020 (Docket Entry No. 152).

Special Order H-2020-6 states:

> 1. All jury trials (criminal and civil) scheduled to begin from this date (March 17, 2020) through May 1, 2020, are continued, to a date to be reset by each presiding judge.

Counsel are requested to advise the court within 7 days from the entry of this Order whether the case is likely to be resolved by a plea or whether a trial will be necessary. If a plea is likely, counsel should advise the court of proposed dates on which the court may schedule a rearraignment. If a trial is likely, counsel should advise the court of an agreed upon trial date and, if necessary, submit a proposed revised scheduling order.

The Final Pretrial Conference set for April 3, 2020 at 2:00 p.m. is **CANCELLED**.

SIGNED at Houston, Texas, on this 23rd day of March, 2020.

_____
DAVID HITTNER
United States District Judge