acknowledges that no threats have been made against him and that he is pleading guilty freely and voluntarily because he is guilty.

24. Any modification of this plea agreement must be in writing and signed by all parties.

Filed at Houston, Texas, on ___ October 23 _____, 2020.

___Aldo R. Guerra___
ALDO RIGOBERTO GUERRA-GUEVARA
Defendant

Subscribed and sworn to before me on  October 23 _____, 2020.

DAVID J. BRADLEY, Clerk
UNITED STATES DISTRICT CLERK

By: _____
Deputy United States District Clerk

APPROVED:

Ryan K. Patrick
United States Attorney

By:  ___Edward F. Gallagher___           _____
Edward F. Gallagher                                Mark W. Bennett
Assistant United States Attorney            Attorney for Defendant
Southern District of Texas

10