UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.  § <br> § <br> ALDO RIGOBERTO GUERRA-GUEVARA, § <br> Defendant § | CRIMINAL NO. 4:19-cr-363-S |

## FINAL ORDER OF FORFEITURE

Pending before the Court is the Government's Motion for Final Order of Forfeiture. Having considered the motion, the record, and the applicable law, the Court has determined that the motion for final order of forfeiture should be GRANTED.

Accordingly, it is ORDERED that:

1. The following property is forfeited to the United States with all right, title, and interest vesting in the United States:

   a. 2016 Jeep Wrangler, VIN: 1C4HJWFGXGL170494;

   b. 2017 Ford Raptor, VIN: 1FTFW1RG1HFA74132;

   c. 2017 Ford F-350, VIN: 1FT8W3DT8HED07003;

   d. 2001 Barrett Horse Trailer, VIN: 1B9P3430411014169; and

   e. 2018 Chevrolet Suburban VIN: 1GNSCJKC9JR353712.

2. All persons and entities claiming any right, title, or interest in the vehicles are held in default;

3. The United States may dispose of the vehicles according to law.

THIS IS A FINAL ORDER.

Signed on   May 4  , 2021.

LEE H. ROSENTHAL
United States District Judge