United States District Court
Southern District of Texas
**ENTERED**
August 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. H-19-363-1 |
| § | |
| ALDO RIGOBERTO GUERRA- § | |
| GUEVARA § | |
| (BOP # 92467-479) § | |
| § | |

**ORDER**

Federal inmate Aldo Rigoberto Guerra-Guevara has filed two motions requesting that the court order the United States to produce post-rehabilitation documents and medical records in support of his pending motion for a sentence reduction. (Docket Entry Nos. 328 and 329). The motions, Docket Entry No. 328 and Docket Entry No. 329, are **denied**. The United States has recently been ordered to respond to the defendant's motion to reduce sentence. (*See* Docket Entry No. 337). If the court determines—after reviewing the government's response to the motion to reduce sentence—that additional documentation is needed, it will reconsider the defendant's motion on its own. Further, the "Motion for an Order Against Respondent for Default of Judgment" (Docket Entry No. 333) is **denied**.

SIGNED on _____August 14_____, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge